UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :

TERRY RIVERS,                                    :

                                Plaintiff,                  :                    21-CV-9601 (JMF)

                -v-                                        :                    <u>ORDER</u>

H.O. WOLDING INC.,                          :

                               Defendant.             :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the COVID-19 situation, the Court will not hold the upcoming conference in this case in person.  Because the Court is closed on December 30, 2021, Counsel should submit their joint status letter on ECF no later than **Wednesday, December 29, 2021**, the contents of which are described in the Case Management Plan and Scheduling Order.  In their joint letter, the parties should also indicate whether they can do without a conference altogether.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  If not, the Court will hold the initial conference by telephone, albeit perhaps at a different time.  To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference.  In either case, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

       Because Plaintiff has not yet appeared in this action, Defendant is directed to serve this Order electronically on Plaintiff's counsel within two business days of the date of this Order and file proof of such service on the docket.  **Counsel for Plaintiff is directed to file a notice of appearance within two business days of such service.**

       SO ORDERED.

Dated: December 20, 2021
       New York, New York                                          _____
                                                                              JESSE M. FURMAN
                                                                      United States District Judge