UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
TERRY RIVERS, :
 :
                Plaintiff,, :          21-CV-9601 (JMF)
 :
     -v- :          ORDER
 :
H.O. WOLDING, INC., :
 :
                Defendant. :
 :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In their December 28, 2021 Joint Letter, the parties indicated that this case should be transferred to the Northern District of New York.  *See* ECF No. 12.  In response, the Court indicated that it would enter a transfer order absent an objection by January 5, 2022, at 5 p.m *See* ECF No. 13.  No objection having been filed, the Court orders that the case be transferred to the Northern District of New York.  *See* 28 U.S.C. § 1404(a); *Lead Indus. Ass'n, Inc. v. Occupational Safety & Health Admin.*, 610 F.2d 70, 79 n.17 (2d Cir. 1979).

      The Clerk of Court is directed to transfer this case to the Northern District of New York forthwith, without regard for Local Rule 83.1, and to close the case here.

      SO ORDERED.

Dated: January 5, 2022
       New York, New York
                                         JESSE M. FURMAN
                                         United States District Judge